United States District Court
Southern District of Texas
FILED

OCT 1 2 2005

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**

**SOUTHERN  DISTRICT OF TEXAS**

**LAREDO DIVISION**

United States District Court
Southern District of Texas
ENTERED

JAN 1 9 2006

Michael N. Milby, Clerk
Laredo Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **v.** | § |
| | § |
| **JORGE PAUL** | § |

**CRIMINAL NO.**

# L-05-2341

## <u>ORDER TO SEAL INDICTMENT</u>

The Government's Motion to Seal the above-referenced Indictment and Motion and Order to Seal is hereby Granted until the arrest of any of the named defendant, at which time this indictment, motion and order shall be unsealed.

DONE at Laredo, Texas, on this __12th__ day of __Oct.__, 2005.

_____
**UNITED STATES MAGISTRATE JUDGE**