United States District Court
Southern District of Texas
FILED

OCT 1 2 2005

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 9 2006

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS | § | CRIMINAL NO. |
| | § | L-05-2341 |
| JORGE PAUL | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

It appearing to the Court that a Criminal Indictment has been filed against the defendant listed below, it is hereby

ORDERED that a warrant be issued for the arrest of said defendant and bail is hereby set in the amount shown below, returnable instanter to the Laredo Division of this Court, such bail to be taken by the United States Magistrate Judge.

**DEFENDANT**

JORGE PAUL

**AMOUNT OF BAIL**

To be set at initial appearance

ENTERED in Laredo, Texas, this 12th day of Oct, 2005

U.S. MARSHAL'S OFFICE
BY: O. Quaig
DATE: 10/13/05
TIME: 11:10

_____
UNITED STATES MAGISTRATE JUDGE